No. 239. COLLETTI ET AL. *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. *Julius Lucius Echeles* for petitioner Colletti. *William J. Scott,* Attorney General of Illinois, and *Joel M. Flaum* and *Thomas J. Immel,* Assistant Attorneys General, for respondent.

No. 340. LUDWIG *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Gerald Kogan* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *Melvin B. Grossman,* Assistant Attorney General, for respondent.

No. 486. BRAWNER *v.* SMITH, WARDEN. Sup. Ct. Ga. Certiorari denied. *Jack Greenberg, Norman C. Amaker,* and *Howard Moore, Jr.,* for petitioner. *Arthur K. Bolton,* Attorney General of Georgia, *Harold N. Hill, Jr.,* Executive Assistant Attorney General, and *Marion O. Gordon* and *Courtney Wilder Stanton,* Assistant Attorneys General, for respondent.

No. 505. JERNIGAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *E. Coleman Madsen* and *John L. Briggs* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John M. Brant* for the United States.

No. 506. BAKER OIL TOOLS, INC. *v.* KIVA CORP. C. A. 5th Cir. Certiorari denied. *Oscar A. Mellin* and *Carlisle M. Moore* for petitioner. *Allan D. Montgomery* and *Jerry J. Dunlap* for respondent.